United States District Court
Southern District of Texas
**ENTERED**
November 01, 2017
David J. Bradley, Clerk

| | | |
|---|---|---|
| Randell Glen Laws, | § § § § | |
| Petitioner, | § § | |
| versus | § § | Civil Action H-17-1043 |
| Lorie Davis, | § § | |
| Respondent. | § § | |

## Order of Adoption

On September 27, 2017, Magistrate Judge Stephen Wm. Smith issued a Memorandum and Recommendation (13). Petitioner filed objections (14). After considering the record and the law, the court adopts the Memorandum and Recommendation as its Memorandum and Order. Laws's petition for writ of habeas corpus is dismissed without prejudice because Laws does not have permission from the United States Court of Appeals for Fifth Circuit to file this successive petition.

Signed _____11-1_____, 2017, at Houston, Texas.

Lynn N. Hughes
United States District Judge